IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**BECKY IRONS and**
**DORIS JEAN MIDDLETON**                                                                **PLAINTIFFS**

**VS.**                                                                **CIVIL ACTION NO. 3:04CV310LS**

**GLAXO WELLCOME, INC., d/b/a**
**Glaxosmithkline, d/b/a Glaxo Wellcome,**
**Inc., f/k/a Smithkline Beecham Corporation;**
**GLAXO WELLCOME PLC and**
**GLAXOSMITHKLINE, PLC**                                                                **DEFENDANTS**

## ORDER

This matter came before the court on a review of the docket to determine the status of a pending Motion to Compel filed by the Defendants. This Motion was reviewed by the court shortly after the Plaintiffs filed a Motion to Remand. Based on the pendency of the Motion to Remand, the case was stayed, and disposition of the Motion to Compel was also stayed until the court ruled on whether to remand this case. District Judge Tom S. Lee denied the Motion to Remand on May 9, 2006; however, the Plaintiffs have not responded to the Motion to Compel. That Motion will, therefore, be granted as confessed.

IT IS, THEREFORE, ORDERED that the Defendants' Motion to Compel is hereby **granted**, and the Plaintiffs shall respond to the Defendants' discovery requests on or before July 31, 2006.

IT IS SO ORDERED, this the 14th day of July, 2006.

S/James C. Sumner
UNITED STATES MAGISTRATE JUDGE